**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF KANSAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pavers, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | __4__ __8__ – __1__ __1__ __4__ __0__ __4__ __1__ __7__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **102 Overhill Rd**<br>Number Street | **PO Box 1967**<br>Number Street |
| | P.O. Box |
| **Salina** KS **67401**<br>City State ZIP Code | **Salina** KS **67402**<br>City State ZIP Code |
| **Saline**<br>County | **Location of principal assets, if different from principal place of business** |
| | **505 Francis Avenue**<br>Number Street |
| | **Salina** KS **67401**<br>City State ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

        District _____ When _____ Case number _____
                                            MM / DD / YYYY

        District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                  MM / DD / YYYY

        Case number, if known _____

        Debtor _____ Relationship _____

        District _____ When _____
                                                  MM / DD / YYYY

        Case number, if known _____

**11.**   **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number       Street

                            _____

                            _____
                            City                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■  I have been authorized to file this petition on behalf of the debtor.

   ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **08/08/2022**
   MM / DD / YYYY

   X **/s/ Jeffrey B. Wilson**
   Signature of authorized representative of debtor

   **Jeffrey B. Wilson**
   Printed name

   **President**
   Title

18. **Signature of attorney**

   X **/s/ David Prelle Eron**                     Date **08/08/2022**
   Signature of attorney for debtor                      MM / DD / YYYY

   **David Prelle Eron**
   Printed name

   **Prelle Eron & Bailey, P.A.**
   Firm name

   **301 N. Main St., Suite 2000**
   Number          Street

   **Wichita**                          **KS**          **67202**
   City                               State          ZIP Code

   **(316) 262-5500**                   **david@eronlaw.net**
   Contact phone                        Email address

   **23429**                            **KS**
   Bar number                           State

**Fill in this information to identify the case:**

Debtor name    **Pavers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

| **2.1** | | | |
| --- | --- | --- | --- |
| **Creditor's name**<br>**Ally ACI** | **Describe debtor's property that is subject to a lien** | $2,606.45 | $10,000.00 |
| **Creditor's mailing address**<br>**PO Box 9001951** | **2017 Chevrolet Silverado** | | |
| | **Describe the lien** | | |
| | **Agreement** | | |
| **Louisville**    **KY**   **40290-1951** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** _____ | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Last 4 digits of account**<br>**number**    **7   4   5   5** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $4,545,454.77

| Debtor | **Pavers, Inc.** | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $706.00 | $10,000.00 |
|---|---|---|---|
| **Ally Financial** | | | |

Creditor's mailing address
**Attn: Bankruptcy**

**2016 Chevrolet Silverado**

**PO Box 380901**

Describe the lien
**Agreement**

**Bloomington          MN     55438**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known
_____

Date debt was incurred          **06/2016**

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **6   7   4   7**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | $3,485.24 | $15,000.00 |
|---|---|---|---|
| **Citizens One Auto Finance** | | | |

Creditor's mailing address
**1 Citizens Bank Way**

**2016 GMC Sierra**

Describe the lien
**Agreement**

**Johnston          RI     02919**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known
_____

Date debt was incurred          _____

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **8   9   6   0**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  - ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor __Pavers, Inc.__      Case number (if known) _____

| | | |
|---|---|---|
| **Part 1:** | **Additional Page** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

**2.4**

**Creditor's name**
__Guarantee Co of North America USA__

**Creditor's mailing address**
__One Town Square Ste 1470__

_____

__Southfield      MI    48076__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☑ No. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
__All non-titled personal property__

**Describe the lien**
__Notice Only / Agreement__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **Unknown**      Column B: **$1,000,000.00**

**1) The Plains State Bank; 2) Westfield Insurance Company; 3) US Small Business Administration; 4) Guarantee Co of North America USA.**

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Claims of GCNA will depend on the claims that it covers and the amounts it recovers related to those claims. The claims are both unliquidated and contingent at this stage.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

Creditor's name
**Saline County Treasurer**

Creditor's mailing address
**300 W Ash St**

_____

**Salina**     **KS**   **67401**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) Saline County Treasurer; 2) The Plains State Bank.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Main Office Complex**

Describe the lien

**Taxes**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$40,413.53**     Value of collateral: **$1,000,000.00**

**Multiple Properties Combined**

**2.6**

Creditor's name
**The Plains State Bank**

Creditor's mailing address
**1900 S Ohio**

_____

**Salina**     **KS**   **67401**

Creditor's email address, if known

_____

Date debt was incurred   **02/2020**

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

**Mortgage**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,348,243.55**     Value of collateral: **$4,175,000.00**

**For Quonset, Office, and Storage Building: 1) The Plains State Bank. For North Street Lot: 1) The Plains State Bank. For Events Center: 1) The Plains State Bank. For 85 Acre Farm: 1) The Plains State Bank. For Various Equipment: See 2.4. For Main Office Complex: See 2.5.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Pavers, Inc. | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**
**US Small Business Administration**

**Creditor's mailing address**
**District Counsel**

**220 W Douglas Ave**

**Ste 450**

**Wichita**      **KS**    **67202**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **2**   **5**   **0**   **9**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

     **$150,000.00**      **$1,000,000.00**

---

**2.8**

**Creditor's name**
**Westfield Insurance Company**

**Creditor's mailing address**
**1 Park Circle**

**Westfield Center**    **OH**    **44251**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**
**All non-titled personal property**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

     **Unknown**      **$1,000,000.00**

---

Claims of Westfield will depend on the claims that it covers and the amounts it recovers related to those claims. The claims are both unliquidated and contingent at this stage.

Debtor __Pavers, Inc.__     Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bobcat of Salina**<br>**721 W Diamond Dr**<br><br>**Salina**    **KS**    **67401** | Line _____ | ___ ___ ___ ___ |
| **Brown & Ruprecht Attorneys at Law**<br>**2323 Grand Boulevard Suite 1100**<br><br>**Kansas City**    **MO**    **64108** | Line **2.8** | ___ ___ ___ ___ |
| **Justin Nichols**<br>**Kutak Rock**<br>**2300 Main Street Suite 800**<br><br>**Kansas City**    **MO**    **64108** | Line **2.4** | ___ ___ ___ ___ |
| **Michael A Montoya**<br>**226 South Santa Fe**<br>**PO Box 1220**<br><br>**Salina**    **KS**    **67402** | Line **2.5** | ___ ___ ___ ___ |
| **Morris Lang Evans Brock & Kennedy Chtd**<br>**Old Town Square**<br>**300 N Mead Ste 200**<br><br>**Wichita**    **KS**    **67202** | Line **2.6** | ___ ___ ___ ___ |
| **Saline County Treasurer**<br>**PO Box 5040**<br><br>**Salina**    **KS**    **67402-5040** | Line **2.5** | ___ ___ ___ ___ |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney Wichita** | Line __**2.7**__ | ___ ___ ___ ___ |
| **1200 Epic Center** | | |
| **301 N Main** | | |
| **Wichita**      **KS**    **67202** | | |
| **US Small Business Administration** | Line __**2.7**__ | ___ ___ ___ ___ |
| **10737 Gateway West Ste 300** | | |
| **El Paso**      **TX**    **79935** | | |

**Fill in this information to identify the case:**

Debtor          **Pavers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia          PA       19101-7346**

Date or dates debt was incurred
**2020-2021**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**941 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$38,096.00**   Priority amount: **$38,096.00**

**2.2**  **Priority creditor's name and mailing address**

**Kansas Department of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka          KS       66601**

Date or dates debt was incurred
**2021-2022**

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

**Sales and Payroll Tax**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$33,098.47**   Priority amount: **$33,098.47**

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 1

| Debtor | **Pavers, Inc.** | Case number (if known) |
|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

ACPA

15700 College Blvd Ste 103

☐ Contingent
☑ Unliquidated
☑ Disputed

Lenexa                KS        66219

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.57** |
|---|---|---|---|

Advanced Professional

PO Box 742063

☐ Contingent
☐ Unliquidated
☐ Disputed

Atlanta                GA        30374-2063

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number  4  3  4  2

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,248.00** |
|---|---|---|---|

Ag Service

5869 S Old Hwy 81

☐ Contingent
☐ Unliquidated
☐ Disputed

Assaria                KS        67416

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,669.00** |
|---|---|---|---|

Amex

Correspondence/Bankruptcy

PO Box 981540

☐ Contingent
☐ Unliquidated
☐ Disputed

El Paso                TX        79998

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred  06/2016

Last 4 digits of account number  2  7  5  3

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 2

| Debtor | Pavers, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | | $2,424.36 |
|---|---|---|---|

ATT

PO Box 5070

Carol Stream      IL     60197-5070

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $6,301.94 |
|---|---|---|---|

Berry Companies Inc

930 S West Street

Wichita      KS     67213

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $1,936.10 |
|---|---|---|---|

BG Consultants Inc

4806 Vue Du Lac Pl

Manhattan      KS     66503

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $5,308.23 |
|---|---|---|---|

Brutlag Hartmann & Trucke PA

3555 Plymouth Blvd Ste 117

Minneapolis      MN     55447

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Pavers, Inc. | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | | **$7,120.61** |
|---|---|---|---|

**Capital One**

**PO Box 30285**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Salt Lake City** | **UT** | **84130-0285** |
|---|---|---|

**Basis for the claim:**
**Menards Credit Card**

Date or dates debt was incurred

Last 4 digits of account number    9  6  5  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | **$131,509.98** |
|---|---|---|---|

**Carter Waters Construction Materials**

**19930 W 157th St**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Olathe** | **KS** | **66062** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | **$25,000.00** |
|---|---|---|---|

**Cencon of Kansas LLC**

**1335 E Ridge Rd**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Kensington** | **KS** | **66951** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | **$64.52** |
|---|---|---|---|

**Cintas**

**PO Box 88005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Chicago** | **IL** | **60680-1005** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Pavers, Inc. | Case number (if known) |
|---|---|---|

## Part 2: | Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $35,349.13 |
|---|---|

**CitiBank**

**PO Box 9001016**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Louisville**      **KY**     **40290-1016**

Basis for the claim:

**Costco Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **7**   **4**   **4**   **7**

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $6,032.33 |
|---|---|

**City of Manhattan Public Works**

**1101 Poyntz Ave**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Manhattan**      **KS**     **66502**

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **4**   **4**   **9**   **8**

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $26,000.00 |
|---|---|

**City of Wellington**

**Attn City Clerk**

**317 S Washington**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wellington**      **KS**     **67152**

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   — — — —

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | Unknown |
|---|---|

**Commercial Tire**

**2144 W Crawford St**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Salina**      **KS**     **67401**

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   — — — —

☑ No
☐ Yes

Case 22-40463   Doc# 1   Filed 08/08/22   Page 17 of 60

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.08 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Consolidated Printing**

**PO Box 1217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Salina**    **KS**    **67402-1217**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,038.23 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Cox Communications**

**PO Box 248871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Oklahoma City**    **OK**    **73124-8871**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,651.86 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Daras Fast Lane**

**5321 Tuttle Creek Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Manhattan**    **KS**    **66502**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,515.40 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**Decorative Concrete Supply**

**8329 Monticello Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Lenexa**    **KS**    **66227**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|--------|------------------|------------------------|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Diamond Products**

**PO Box 1080**

**Elyria**      **OH**     **44036-1080**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$297.27

---

**3.22** Nonpriority creditor's name and mailing address

**DLL Financial Solutions**

**De Lage Landen**

**1111 Old Eagle School Road**

**Wayne**      **PA**     **19087**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,580.14

---

**3.23** Nonpriority creditor's name and mailing address

**Evergy Kansas Central Inc**

**fka Westar Energy**

**Attn Bankruptcy**

**PO Box 208**

**Wichita**      **KS**     **67201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

**3.24** Nonpriority creditor's name and mailing address

**FedEx**

**PO Box 371461**

**Pittsburgh**      **PA**     **15250-7461**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$180.90

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25** Nonpriority creditor's name and mailing address

**First Bank Kansas**

**235 S Santa Fe**

**Salina**        **KS**    **67401**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$526,000.00**

---

**3.26** Nonpriority creditor's name and mailing address

**First National Bank**

**Attn: Bankruptcy**

**PO Box 3128**

**Omaha**        **NE**    **68103**

Date or dates debt was incurred   **10/2017**

Last 4 digits of account number   **9**   **4**   **3**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$18,492.00**

---

**3.27** Nonpriority creditor's name and mailing address

**Foley Equipment Co**

**1550 S West St**

**Wichita**        **KS**    **67213**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$93,412.93**

---

**3.28** Nonpriority creditor's name and mailing address

**Fremar Corporation**

**7945 N Broadway**

**Valley Center**        **KS**    **67147**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,110,032.52**

---

**Guarantee Company of North America is the surety on this project.**

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 8

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |

**Fresh Look Cleaners**

**820 E Crawford**

Salina                    KS      67401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$325.54

| 3.30 | Nonpriority creditor's name and mailing address |

**Garber Surveying**

**2908 N Plum St**

Hutchinson               KS      67502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$20,516.90

| 3.31 | Nonpriority creditor's name and mailing address |

**Ginder Hydraulic**

**1218 N 9th St**

Salina                    KS      67401

Date or dates debt was incurred _____

Last 4 digits of account number  0  6  6  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$152.00

| 3.32 | Nonpriority creditor's name and mailing address |

**H&S Logistics**

**PO Box 1156**

Salina                    KS      67402-1156

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,042.91

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**HCSS Heavy Const Systems Special**

**13151 W airport Blvd**

**Sugar Land**      **TX**    **77478**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$477.00**

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Hinkle Law Firm LLC**

**1617 N Waterfront Parkway Ste 400**

**Wichita**      **KS**    **67206-6639**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32,000.00**

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Imperial PFS**

**1055 Broadway Blvd 11th Floor**

**Kansas City**      **MO**    **64105**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,246.60**

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Intact Insurance**

**150 Royall St Ste 100**

**Canton**      **MA**    **02021**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**Security was provided to Guarantee Company of North America who is the surety on this claim.**

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|---|---|---|---|

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,121.30** |
|---|---|---|---|

**Jantz Lumber Do It Center**

**200 W Euclid St**

☐ Contingent
☐ Unliquidated
☐ Disputed

| McPherson | KS | 67460 |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,910.65** |
|---|---|---|---|

**JNR Adjustment Co**

**PO Box 27070**

☐ Contingent
☐ Unliquidated
☑ Disputed

| Minneapolis | MN | 55427 |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,701.44** |
|---|---|---|---|

**John Deere Construction**

**One John Deere Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Moline | IL | 61265 |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number   3   1   5   0

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,238.00** |
|---|---|---|---|

**K&G Striping Inc**

**4125 NW Riverside Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Riverside | MO | 64150 |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 22-40463    Doc# 1    Filed 08/08/22    Page 23 of 60

Official Form 206E/F — Schedule E/F: Creditors Who Have Unsecured Claims — page 11

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Kansas Department of Labor**

**Attn Legal Services**

**401 SW Topeka Blvd**

Topeka      KS      66603-3182

Date or dates debt was incurred _____

Last 4 digits of account number   6   9   9   3

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,626.97**

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Kansas Gas Service**

**Attn Bankruptcy Team**

**PO Box 3535**

Topeka      KS      66601-3535

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Kaw Valley Engineering**

**742 Duvall Ave**

Salina      KS      67401

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,656.20**

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Knight Equipment Co Inc**

**717 N 15th St**

Bowling Green      MO      63334

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | Pavers, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

**$67,599.85**

Kutak Rock LLP

111 S Whittier St Ste 110

Wichita　　　　　　KS　　67207

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**Unknown**

Lawrence Landscape

600 Lincoln St

Lawrence　　　　　　KS　　66044-5349

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**$777.41**

Liberty Mutual

PO Box 1604

New York　　　　　　NY　　10116

Date or dates debt was incurred

Last 4 digits of account number　9 6 7 9

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Insurance

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**$3,327.21**

M&D of Hayes

PO Box 184

Hays　　　　　　KS　　67601

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　page 13

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address | | $770.92 |
|---|---|---|---|

**Matheson Gas**

**909 Lake Carolyn Pkwy**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Irving**     TX    75039

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Last 4 digits of account number   9   8   3   8

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | | $979.50 |
|---|---|---|---|

**Mayer Specialties**

**PO Box 469**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Goddard**     KS    67052

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | | $4,605.25 |
|---|---|---|---|

**Midway Wholesale**

**1027 York Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salina**     KS    67401

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Midwest Builders**

**1100 Walnut St Ste 3010**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**     MO    64106

Basis for the claim:
**Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Midwest Concrete Materials**

**701 S 4th St**

**PO Box 668**

Manhattan                    KS      66505-0668

Date or dates debt was incurred     _____

Last 4 digits of account number       **4   0   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$27,873.45

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Murphy Tractor & Equipment Co**

**1621 NW Gage Blvd**

Topeka                    KS      66618

Date or dates debt was incurred     _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,478.27

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Newell Oil Co Inc**

**200 Manchester Ave**

Newton                    KS      67114

Date or dates debt was incurred     _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$9,730.22

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**NKC Tire**

**Box 384**

Gretna                    NE      68028

Date or dates debt was incurred     _____

Last 4 digits of account number       **0   0   5   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,826.51

| Debtor | Pavers, Inc. | | Case number (if known) | |
|--------|--------------|---|------------------------|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$103.00**

NMC Health

PO Box 308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

| Newton | KS | 67114 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$55,097.97**

Norton Wasserman Jones Kelly

213 S santa Fe

PO Box 2388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

| Salina | KS | 67402-2388 |

Date or dates debt was incurred

Last 4 digits of account number   7  0  2  4

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,449.65**

O'Reilly Auto Parts

PO Box 9464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

| Springfield | MO | 65801-9464 |

Date or dates debt was incurred

Last 4 digits of account number   0  8  1  1

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5,986.04**

Oldcastle Infrastructure

PO Box 742387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

| Los Angeles | CA | 90074-2387 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 16

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|--------|---------|------|--|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

Orschelin

PO Box 875852

Kansas City            MO    64187-5852

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,786.45

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

Payne Oil

PO Box 780151

Wichita            KS    67278

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$543.29

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

Peerless Tires

5000 Kingston St

Denver            CO    80239

Date or dates debt was incurred _____

Last 4 digits of account number  3  8  8  5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,242.51

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

Perry Fulsom Construction

980 Rd 5

Cedar Vale         KS    67024

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**        page 17

| Debtor | Pavers, Inc. | Case number (if known) | |
|--------|--------------|------------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address | | **$3,314.43** |
|------|---------------------------------------------------|--|---------------|

**Pitney Bowes**

**6301 Equitable Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City**      **MO**    **64120**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **9**   **0**   **2**   **9**

---

| 3.66 | Nonpriority creditor's name and mailing address | | **$64.50** |
|------|---------------------------------------------------|--|-----------|

**Pomps Tire Service**

**PO Box 88697**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Milwaukee**      **WI**    **53288-8697**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0**   **4**   **4**   **6**

---

| 3.67 | Nonpriority creditor's name and mailing address | | **$224,481.97** |
|------|---------------------------------------------------|--|-----------------|

**RF Beachner**

**101 W 11th St**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Pittsburg**      **KS**    **66762**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

This claim may have been paid by Westfield. Actual amount is not known.

---

| 3.68 | Nonpriority creditor's name and mailing address | | **$130,000.00** |
|------|---------------------------------------------------|--|-----------------|

**Roadsafe Traffic Systems**

**2504 Enterprise Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**El Dorado**      **KS**    **67042**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

This claim may have been paid by Guarantee Company of North America. Actual claim amount is unknown (if any).

| Debtor | **Pavers, Inc.** | Case number (if known) |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.69 | Nonpriority creditor's name and mailing address |

**Rueschoff Locksmith**

**3727 W 6th St**

| Lawrence | KS | 66049 |

Date or dates debt was incurred

Last 4 digits of account number    2   9   4   8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$239.40

---

| 3.70 | Nonpriority creditor's name and mailing address |

**Salina Concrete Products Inc**

**1100 W Ash St**

| Salina | KS | 67401 |

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,983.45

---

| 3.71 | Nonpriority creditor's name and mailing address |

**Salina Steel Supply**

**PO Box 2897**

| Salina | KS | 67402-2897 |

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,320.35

---

| 3.72 | Nonpriority creditor's name and mailing address |

**Salisbury Supply Co**

**8224 S Port Dr**

| Manhattan | KS | 66502 |

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

---

| Debtor | Pavers, Inc. | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.73** | Nonpriority creditor's name and mailing address

Shawnee Mission Tree Service Inc

dba Arbor Masters

8250 Cole Pkwy

| Lenexa | KS | 66227 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30,000.00**

---

**3.74** | Nonpriority creditor's name and mailing address

Skillet & Sons Inc

2309 US 183 Hwy

| La Crosse | KS | 67548 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,802.00**

---

**3.75** | Nonpriority creditor's name and mailing address

Super 8 De Soto

34085 Commerce Dr

| De Soto | KS | 66018 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,908.82**

---

**3.76** | Nonpriority creditor's name and mailing address

Super 8 Manhattan

200 Tuttle Creek Blvd

| Manhattan | KS | 66502 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,888.08**

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 20

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

Synchrony Bank

Attn Bankruptcy Dept

PO Box 965061

Orlando                          FL      32896

Date or dates debt was incurred      _____

Last 4 digits of account number        0   6   8   6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Lowes Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,238.72

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

Synchrony Bank

Attn Bankruptcy Dept

PO Box 965061

Orlando                          FL      32896

Date or dates debt was incurred      _____

Last 4 digits of account number        0   4   7   9

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sams Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$296.65

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

Synchrony Bank

Attn Bankruptcy Dept

PO Box 965061

Orlando                          FL      32896

Date or dates debt was incurred      _____

Last 4 digits of account number        8   3   1   1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Phillips Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,231.28

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

The Dodge House

2408 W Wyatt Earp Blvd

Dodge City                       KS      67801

Date or dates debt was incurred      _____

Last 4 digits of account number        __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,264.50

---

| Debtor | Pavers, Inc. | Case number (if known) | |
|--------|-------------|------------------------|--|

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|--|--|--|
| **3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**The Plains State Bank**

**1900 S Ohio**

☑ Contingent
☐ Unliquidated
☑ Disputed

**$378,517.58**

**Basis for the claim:**

**PPP Loan**

| **Salina** | **KS** | **67401** |
|------------|--------|-----------|

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**This debt should be forgiven**

---

| | | |
|--|--|--|
| **3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Verizon Wireless**

**500 Technology Dr #550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,008.25**

**Basis for the claim:**

**Utilities**

| **Saint Charles** | **MO** | **63304-2225** |
|-------------------|--------|----------------|

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __0__ __0__ __0__ __1__

---

| | | |
|--|--|--|
| **3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Vogts Crushing**

**709 N Main St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:**

**Business Goods or Services**

| **Newton** | **KS** | **67114** |
|------------|--------|-----------|

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| | | |
|--|--|--|
| **3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Waters Hardware**

**PO Box 303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,341.91**

**Basis for the claim:**

**Business Goods or Services**

| **Junction City** | **KS** | **66441-0303** |
|-------------------|--------|----------------|

**Date or dates debt was incurred** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __5__ __5__ __5__ __9__

| Debtor | **Pavers, Inc.** | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**Watkins Calcara Chtd**

**1321 Main Ste 300**

**PO Box 11**

**Great Bend**          **KS**     **67530**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Wells Fargo Financial Leasing**

**PO Box 105743**

**Atlanta**          **GA**     **30348-5743**

Date or dates debt was incurred

Last 4 digits of account number     **7  0  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,972.46**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 23

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Advanced Recovery**<br>**PO Box 80766**<br><br>**Valley Forge**    **PA**    **19484** | Line ___ **3.22** ___<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.2 | **Allen & Mcdowell Law LLC**<br>**113 N Main St**<br><br>**Smith Center**    **KS**    **66967** | Line ___ **3.11** ___<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.3 | **American Express**<br>**PO Box 650448**<br><br>**Dallas**    **TX**    **75265-0448** | Line ___ **3.4** ___<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.4 | **Bank of America**<br>**PO Box 660710**<br><br>**Dallas**    **TX**    **75266-0710** | Line _____<br><br>☑ Not listed. Explain:<br>    **Notice Only** | __ __ __ __ |
| 4.5 | **Bank of America**<br>**Attn: Bankruptcy**<br>**4909 Savarese Circle**<br><br>**Tampa**    **FL**    **33634**<br>**Personal card** | Line _____<br><br>☑ Not listed. Explain:<br>    **Credit Card** | **0   8   7   5** |
| 4.6 | **Caine & Weiner**<br>**Attorneys at Law**<br>**5805 Sepulveda Blvd 4th Floor**<br><br>**Sherman Oaks**    **CA**    **91411** | Line ___ **3.65** ___<br><br>☐ Not listed. Explain: | __ __ __ __ |

| Debtor | **Pavers, Inc.** | Case number (if known) | _____ |
|---|---|---|---|

**Part 3: Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Capital One** <br> **PO Box 17708** <br><br> **Portland**      **ME**    **04112** | Line   **3.9** <br><br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.8 | **Central States Recovery** <br> **PO Box 3130** <br><br> **Hutchinson**      **KS**    **67504-3130** | Line   **3.14** <br><br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.9 | **Citi** <br> **Citibank/Centralized Bankruptcy** <br> **PO Box 790034** <br><br> **St Louis**      **MO**    **63179** <br> **Personal** | Line   _____ <br><br> ☑ Not listed. Explain: <br> **Sears Credit Card** | **9 0 9 1** |
| 4.10 | **CitiBank** <br> **PO Box 78045** <br><br> **Phoenix**      **AZ**    **85062-8045** | Line   _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **Citibank NA** <br> **701 E 60th St N** <br><br> **Sioux Falls**      **SD**    **57104** <br> **Personal Account** | Line   _____ <br><br> ☑ Not listed. Explain: <br> **Credit Card** | **1 4 0 4** |
| 4.12 | **City of Salina** <br> **PO Box 1307** <br><br> **Salina**      **KS**    **67402** | Line   _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 25

| Debtor | Pavers, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.13** Concrete Supply of Topeka
dba Builders Choice Concrete
co Corporation Service Company
2900 SW Wanamaker Drive Suite 204
Topeka      KS    66614

Line _____
☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.14** Cox Communications
PO Box 650957

Dallas      TX    75265

Line **3.18**
☐ Not listed. Explain:

___ ___ ___ ___

**4.15** Dana Milby
Attorney at Law
300 W Douglas Ave Ste 600

Wichita      KS    67202

Line **3.6**
☐ Not listed. Explain:

___ ___ ___ ___

**4.16** Dennis M Clyde
Attorney at Law
11225 College Blvd Ste 110

Overland Park      KS    66210

Line **3.73**
☐ Not listed. Explain:

___ ___ ___ ___

**4.17** Douglas County
PO Box 668

Lawrence      KS    66044

Line _____
☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.18** Financial Net Recovery
PO Box 940730

Simi Valley      CA    93094

Line **3.35**
☐ Not listed. Explain:

___ ___ ___ ___

**4.19** Internal Revenue Service
PO Box 9941 Stop 6552

Ogden      UT    84409-0941

Line **2.1**
☐ Not listed. Explain:

___ ___ ___ ___

Case 22-40463    Doc# 1    Filed 08/08/22    Page 38 of 60

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.20 | Jacqueline Longfellow<br>Foland Wickens Roper<br>1200 Main Street Suite 2200<br><br>Kansas City          MO      64105 | Line    **3.10**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.21 | John Deere Financial<br>6400 NW 86th St<br><br><br>Johnston          IA      50131 | Line    **3.39**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.22 | Joseph Aker<br>Hampton and Royce<br>119 West Iron<br>PO Box 1247<br>Salina          KS      67402 | Line    _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.23 | Kansas Department of Revenue<br>109 SW 9th St 4th Floor<br><br><br>Topeka          KS      66601-3506 | Line    **2.2**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.24 | Kansas Department of Revenue<br>PO Box 3506<br><br><br>Topeka          KS      66601-3506 | Line    **2.2**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.25 | Larkin Hoffman<br> 8300 Norman Center Dr Suite 1000<br><br><br>Minneapolis          MN      55437 | Line    _____<br><br>☑ Not listed.  Explain:<br>**Business Goods or Services** | __ __ __ __ |
| 4.26 | Liberty Mutual<br>1612 S Yale St<br><br><br>Wichita          KS      67218 | Line    **3.47**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor __Pavers, Inc._____ Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

4.27 __McNeile Pappas PC_____
__7500 W 110th St Ste 110_____
_____
__Overland Park_____KS____66210__

Line __3.39____
☐ Not listed. Explain:

__ __ __ __

4.28 __MGM Mastercard_____
__PO Box 3331_____
_____
__Omaha_____NE____68103-0331__
__Personal card_____

Line _____
☑ Not listed. Explain:
__Credit Card__

__5__ __3__ __9__ __9__

4.29 __One Gas Inc_____
__15 East Fifth Street_____
_____
__Tulsa_____OK____74103__

Line __3.38____
☐ Not listed. Explain:

__ __ __ __

4.30 __Owen Griffin_____
__Attorney at Law_____
__105 E 5th St Ste 500_____
__Kansas City_____MO____64106__

Line __3.67____
☐ Not listed. Explain:

__ __ __ __

4.31 __Perry Fulsom_____
__768 Road 2_____
_____
__Cedar Vale_____KS____67024__

Line __3.64____
☐ Not listed. Explain:

__ __ __ __

4.32 __Pitney Bowes_____
__PO Box 981022_____
_____
__Boston_____MA____02298-1022__

Line __3.65____
☐ Not listed. Explain:

__ __ __ __

Case 22-40463   Doc# 1   Filed 08/08/22   Page 40 of 60

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.33   **Receivable Management Services**        Line ___3.47___        __ __ __ __
       **PO Box 361598**
                                                 ☐ Not listed. Explain:
       **Columbus          OH     43236**

4.34   **Riling Burkhead & Nitcher Chtd**        Line ___3.19___        __ __ __ __
       **808 Massachusetts St**
                                                 ☐ Not listed. Explain:
       **Osawatomie        KS     66064**

4.35   **Robert P Burns**                         Line ___3.28___        __ __ __ __
       **Attorney at Law**
       **2400 N Woodlawn Blvd Ste 215**          ☐ Not listed. Explain:
       **Wichita            KS     67220**

4.36   **Rusty Leister**                          Line _____        __ __ __ __
       **320 Simpson Road**
                                                 ☑ Not listed. Explain:
                                                 **Notice Only**
       **Salina             KS     67401**

4.37   **Sams Club**                              Line ___3.78___        __ __ __ __
       **PO Box 530981**
                                                 ☐ Not listed. Explain:
       **Atlanta            GA     30353-0891**

4.38   **Sears Mastercard**                       Line _____        9  0  9  1
       **PO Box 6286**
                                                 ☑ Not listed. Explain:
                                                 **Notice Only**
       **Sioux Falls        SD     57117-6286**

4.39   **Shuttleworth Law Firm**                  Line ___3.35___        __ __ __ __
       **6750 W 93rd St Ste 110**
                                                 ☐ Not listed. Explain:
       **Overland Park      KS     66212**

Case 22-40463   Doc# 1   Filed 08/08/22   Page 41 of 60

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.40  **US Attorney Wichita**

**1200 Epic Center**

**301 N Main**

**Wichita          KS      67202**

Line    **2.1**

☐  Not listed.  Explain:

__ __ __ __

4.41  **US Small Business Administration**

**10737 Gateway West Ste 300**

**El Paso          TX      79935**

Line    **3.81**

☐  Not listed.  Explain:

__ __ __ __

4.42  **Verizon**

**PO Box 16810**

**Newark          NJ      07101-6810**

Line    **3.82**

☐  Not listed.  Explain:

__ __ __ __

4.43  **Wells Fargo Vendor Financial Services**

**co Corporation Service Company**

**2900 SW Wanamaker Drive Suite 204**

**Topeka          KS      66614**

Line    **3.86**

☐  Not listed.  Explain:

__ __ __ __

4.44  **West Bend Mutual Insurance Company**

**co CT Corporation System**

**112 SW 7th Street Suite 3C**

**Topeka          KS      66603**

Line    _____

☑  Not listed.  Explain:

    **Notice Only**

__ __ __ __

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 30

Debtor    **Pavers, Inc.**                                                      Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $71,194.47 |
| 5b. | **Total claims from Part 2** | 5b. + | $3,446,277.46 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,517,471.93 |

Fill in this information to identify the case:

Debtor name **Pavers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

Chapter **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Sale of 505 Francis Street Contract to be ASSUMED** | **Charles Sargent Irrigation Inc** | |
| | | | **79752 Hwy 21** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Broken Bow** | **NE** **68822** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Internet and phone Contract to be REJECTED** | **Cox Business** | |
| | | | **901 S George Washington Blvd** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Wichita** | **KS** **67211** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Satellite Television Contract to be REJECTED** | **DirecTV** | |
| | | | **Attn Bankruptcy Department** | |
| | | | **PO Box 6550** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Englewood** | **CO** **80155** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Postage contract Contract to be REJECTED** | **Pitney Bowes** | |
| | | | **PO Box 981022** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Boston** | **MA** **02298-1022** |

Debtor name **Pavers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Jeffrey Wilson** | **102 Overhill Rd**<br>Number    Street | **Ally ACI** | ☑ D<br>☐ E/F<br>☐ G |
| | **Salina**          KS    67401<br>City                              State  ZIP Code | | |
| 2.2 **Jeffrey Wilson** | **102 Overhill Rd**<br>Number    Street | **Ally Financial** | ☑ D<br>☐ E/F<br>☐ G |
| | **Salina**          KS    67401<br>City                              State  ZIP Code | | |
| 2.3 **Jeffrey Wilson** | **102 Overhill Rd**<br>Number    Street | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | **Salina**          KS    67401<br>City                              State  ZIP Code | | |
| 2.4 **Jeffrey Wilson** | **102 Overhill Rd**<br>Number    Street | **Citizens One Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | **Salina**          KS    67401<br>City                              State  ZIP Code | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Jeffrey Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | Guarantee Co of North America USA | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Jeffrey Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | Intact Insurance | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.7 | Jeffrey Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | The Plains State Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.8 | Jeffrey Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | US Small Business Administration | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.9 | Jeffrey Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | Westfield Insurance Company | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.10 | Vicky Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | Intact Insurance | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.11 | Vicky Wilson | 102 Overhill Rd <br> Number   Street <br><br> Salina    KS   67401 <br> City    State  ZIP Code | Guarantee Co of North America USA | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Pavers, Inc.** | Case number (if known) _____ |
|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**Name**

**Mailing address**

**Name**

*Check all schedules that apply:*

**2.12  Vicky Wilson**

**102 Overhill Rd**
Number        Street

**Westfield Insurance
Company**

☑ D
☐ E/F
☐ G

**Salina**                    **KS**   **67401**
City                                State   ZIP Code

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/08/2022**          X **/s/ Jeffrey B. Wilson**
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                **Jeffrey B. Wilson**
                                Printed name

                                **President**
                                Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

In re **Pavers, Inc.**

Case No. _____

Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept............................................................... **$5,000.00**

Prior to the filing of this statement I have received....................................................... **$5,000.00**

Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor     ☑ Other (specify)
**Jacob Wilson (owner's son)**

3. The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The amounts listed above are the retainer amount only. All of these funds were spent at or prior to filing on the attorney fees and court filing fee. Fees are billed at $330/hr. and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Fee applications will be filed for all fees incurred during the case.**

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **08/08/2022** | **/s/ David Prelle Eron** | |
| --- | --- | --- |
| *Date* | *David Prelle Eron* | Bar No. 23429 |
| | Prelle Eron & Bailey, P.A. | |
| | 301 N. Main St., Suite 2000 | |
| | Wichita, KS 67202 | |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 | |

</div>

**/s/ Jeffrey B. Wilson**

*Jeffrey B. Wilson*
*President*

**Fill in this information to identify the case:**

Debtor name    **Pavers, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fremar Corporation 7945 N Broadway Valley Center KS 67147 | | Business Goods or Services | Contingent | | | $1,110,032.52 |
| 2 | First Bank Kansas 235 S Santa Fe Salina KS 67401 | | Business Loan | Disputed | | | $526,000.00 |
| 3 | The Plains State Bank 1900 S Ohio Salina KS 67401 | | PPP Loan | Contingent Disputed | | | $378,517.58 |
| 4 | RF Beachner 101 W 11th St Pittsburg KS 66762 | | Business Goods or Services | Contingent Disputed | | | $224,481.97 |
| 5 | The Plains State Bank 1900 S Ohio Salina KS 67401 | | | | $4,348,243.55 | $4,134,586.47 | $213,657.08 |

| Debtor | Pavers, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 US Small Business Administration District Counsel 220 W Douglas Ave Ste 450 Wichita KS 67202 | | | | $150,000.00 | $0.00 | $150,000.00 |
| 7 John Deere Construction One John Deere Place Moline IL 61265 | | Business Goods or Services | | | | $141,701.44 |
| 8 Carter Waters Construction Materials 19930 W 157th St Olathe KS 66062 | | Business Goods or Services | | | | $131,509.98 |
| 9 Roadsafe Traffic Systems 2504 Enterprise Ave El Dorado KS 67042 | | Business Goods or Services | Contingent Disputed | | | $130,000.00 |
| 10 Decorative Concrete Supply 8329 Monticello Rd Lenexa KS 66227 | | Business Goods or Services | | | | $97,515.40 |
| 11 Foley Equipment Co 1550 S West St Wichita KS 67213 | | Business Goods or Services | | | | $93,412.93 |
| 12 Kutak Rock LLP 111 S Whittier St Ste 110 Wichita KS 67207 | | Business Goods or Services | | | | $67,599.85 |
| 13 Norton Wasserman Jones Kelly 213 S santa Fe PO Box 2388 Salina KS 67402-2388 | | Business Goods or Services | | | | $55,097.97 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | | 941 Taxes | | | | $38,096.00 |
| 15 Amex Correspondence/Bankru ptcy PO Box 981540 El Paso TX 79998 | | Credit Card | | | | $35,669.00 |
| 16 CitiBank PO Box 9001016 Louisville KY 40290-1016 | | Costco Credit Card | | | | $35,349.13 |
| 17 Synchrony Bank Attn Bankruptcy Dept PO Box 965061 Orlando FL 32896 | | Phillips Credit Card | | | | $34,231.28 |
| 18 Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka KS 66601 | | Taxes | Contingent Unliquidated Disputed | | | $33,098.47 |
| 19 Hinkle Law Firm LLC 1617 N Waterfront Parkway Ste 400 Wichita KS 67206-6639 | | Business Goods or Services | Disputed | | | $32,000.00 |
| 20 Shawnee Mission Tree Service Inc dba Arbor Masters 8250 Cole Pkwy Lenexa KS 66227 | | Business Goods or Services | Disputed | | | $30,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

IN RE:   **Pavers, Inc.**                                                    CASE NO

                                                                                CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/8/2022 _____            Signature   */s/ Jeffrey B. Wilson* _____
                                                                                *Jeffrey B. Wilson*
                                                                                *President*

Date _____            Signature _____

Debtor(s): **Pavers, Inc.**

Case No:
Chapter: **11**

**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

ACPA
15700 College Blvd Ste 103
Lenexa KS 66219

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa FL 33634

Carter Waters Construction Mate
19930 W 157th St
Olathe KS 66062

Advanced Professional
PO Box 742063
Atlanta GA 30374-2063

Bank of America
PO Box 660710
Dallas TX 75266-0710

Cencon of Kansas LLC
1335 E Ridge Rd
Kensington KS 66951

Advanced Recovery
PO Box 80766
Valley Forge PA 19484

Berry Companies Inc
930 S West Street
Wichita KS 67213

Central States Recovery
PO Box 3130
Hutchinson KS  67504-3130

Ag Service
5869 S Old Hwy 81
Assaria KS 67416

BG Consultants Inc
4806 Vue Du Lac Pl
Manhattan KS 66503

Charles Sargent Irrigation Inc
79752 Hwy 21
Broken Bow, NE 68822

Allen & Mcdowell Law LLC
113 N Main St
Smith Center KS 66967

Bobcat of Salina
721 W Diamond Dr
Salina KS 67401

Cintas
PO Box 88005
Chicago IL 60680-1005

Ally ACI
PO Box 9001951
Louisville KY 40290-1951

Brown & Ruprecht Attorneys at L
2323 Grand Boulevard Suite 1100
Kansas City MO 64108

Citi
Citibank/Centralized Bankruptcy
PO Box 790034
St Louis MO 63179

Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington MN 55438

Brutlag Hartmann & Trucke PA
3555 Plymouth Blvd Ste 117
Minneapolis MN 55447

CitiBank
PO Box 78045
Phoenix AZ 85062-8045

American Express
PO Box 650448
Dallas TX 75265-0448

Caine & Weiner
Attorneys at Law
5805 Sepulveda Blvd 4th Floor
Sherman Oaks CA 91411

CitiBank
PO Box 9001016
Louisville KY 40290-1016

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso TX 79998

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Citibank NA
701 E 60th St N
Sioux Falls SD 57104

ATT
PO Box 5070
Carol Stream IL 60197-5070

Capital One
PO Box 17708
Portland ME 04112

Citizens One Auto Finance
1 Citizens Bank Way
Johnston RI 02919

City of Manhattan Public Works
1101 Poyntz Ave
Manhattan KS 66502

Daras Fast Lane
5321 Tuttle Creek Blvd
Manhattan KS 66502

First Bank Kansas
235 S Santa Fe
Salina KS 67401

City of Salina
PO Box 1307
Salina KS 67402

Decorative Concrete Supply
8329 Monticello Rd
Lenexa KS 66227

First National Bank
Attn: Bankruptcy
PO Box 3128
Omaha NE 68103

City of Wellington
Attn City Clerk
317 S Washington
Wellington, KS 67152

Dennis M Clyde
Attorney at Law
11225 College Blvd Ste 110
Overland Park KS 66210

Foley Equipment Co
1550 S West St
Wichita KS 67213

Commercial Tire
2144 W Crawford St
Salina KS 67401

Diamond Products
PO Box 1080
Elyria OH 44036-1080

Fremar Corporation
7945 N Broadway
Valley Center KS 67147

Concrete Supply of Topeka
dba Builders Choice Concrete
co Corporation Service Company
2900 SW Wanamaker Drive Suite 2
Topeka KS 66614

DirecTV
Attn  Bankruptcy Department
PO Box 6550
Englewood CO 80155

Fresh Look Cleaners
820 E Crawford
Salina KS 67401

Consolidated Printing
PO Box 1217
Salina KS 67402-1217

DLL Financial Solutions
De Lage Landen
1111 Old Eagle School Road
Wayne PA 19087

Garber Surveying
2908 N Plum St
Hutchinson KS 67502

Cox Business
901 S George Washington Blvd
Wichita, KS 67211

Douglas County
PO Box 668
Lawrence KS 66044

Ginder Hydraulic
1218 N 9th St
Salina KS 67401

Cox Communications
PO Box 248871
Oklahoma City OK 73124-8871

Evergy Kansas Central Inc
fka Westar Energy
Attn Bankruptcy
PO Box 208
Wichita KS 67201

Guarantee Co of North America U
One Town Square Ste 1470
Southfield MI 48076

Cox Communications
PO Box 650957
Dallas TX 75265

FedEx
PO Box 371461
Pittsburgh PA 15250-7461

H&S Logistics
PO Box 1156
Salina KS 67402-1156

Dana Milby
Attorney at Law
300 W Douglas Ave Ste 600
Wichita KS 67202

Financial Net Recovery
PO Box 940730
Simi Valley CA 93094

HCSS Heavy Const Systems Specia
13151 W airport Blvd
Sugar Land TX 77478

Hinkle Law Firm LLC
1617 N Waterfront Parkway Ste 4
Wichita KS 67206-6639

John Deere Financial
6400 NW 86th St
Johnston IA 50131

Knight Equipment Co Inc
717 N 15th St
Bowling Green MO 63334

Imperial PFS
1055 Broadway Blvd 11th Floor
Kansas City MO 64105

Joseph Aker
Hampton and Royce
119 West Iron
PO Box 1247
Salina KS 67402

Kutak Rock LLP
111 S Whittier St Ste 110
Wichita KS 67207

Intact Insurance
150 Royall St Ste 100
Canton MA 02021

Justin Nichols
Kutak Rock
2300 Main Street Suite 800
Kansas City MO 64108

Larkin Hoffman
8300 Norman Center Dr Suite 10
Minneapolis MN 55437

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

K&G Striping Inc
4125 NW Riverside Dr
Riverside MO 64150

Lawrence Landscape
600 Lincoln St
Lawrence KS 66044-5349

Internal Revenue Service
PO Box 9941 Stop 6552
Ogden UT 84409-0941

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 66603-3182

Liberty Mutual
PO Box 1604
New York NY 10116

Jacqueline Longfellow
Foland Wickens Roper
1200 Main Street Suite 2200
Kansas City MO 64105

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601

Liberty Mutual
1612 S Yale St
Wichita KS 67218

Jantz Lumber Do It Center
200 W Euclid St
McPherson KS 67460

Kansas Department of Revenue
PO Box 3506
Topeka KS 66601-3506

M&D of Hayes
PO Box 184
Hays KS 67601

Jeffrey Wilson
102 Overhill Rd
Salina, KS 67401

Kansas Department of Revenue
109 SW 9th St 4th Floor
Topeka KS 66601-3506

Matheson Gas
909 Lake Carolyn Pkwy
Irving TX 75039

JNR Adjustment Co
PO Box 27070
Minneapolis MN 55427

Kansas Gas Service
Attn Bankruptcy Team
PO Box 3535
Topeka KS 66601-3535

Mayer Specialties
PO Box 469
Goddard KS 67052

John Deere Construction
One John Deere Place
Moline IL 61265

Kaw Valley Engineering
742 Duvall Ave
Salina KS 67401

McNeile Pappas PC
7500 W 110th St Ste 110
Overland Park KS 66210

MGM Mastercard
PO Box 3331
Omaha NE 68103-0331

Norton Wasserman Jones Kelly
213 S santa Fe
PO Box 2388
Salina KS 67402-2388

Pitney Bowes
6301 Equitable Rd
Kansas City MO 64120

Michael A Montoya
226 South Santa Fe
PO Box 1220
Salina KS 67402

O'Reilly Auto Parts
PO Box 9464
Springfield MO 65801-9464

Pitney Bowes
PO Box 981022
Boston MA 02298-1022

Midway Wholesale
1027 York Ave
Salina KS 67401

Oldcastle Infrastructure
PO Box 742387
Los Angeles CA 90074-2387

Pomps Tire Service
PO Box 88697
Milwaukee WI 53288-8697

Midwest Builders
1100 Walnut St Ste 3010
Kansas City MO 64106

One Gas Inc
15 East Fifth Street
Tulsa OK 74103

Receivable Management Services
PO Box 361598
Columbus OH 43236

Midwest Concrete Materials
701 S 4th St
PO Box 668
Manhattan KS 66505-0668

Orschelin
PO Box 875852
Kansas City MO 64187-5852

RF Beachner
101 W 11th St
Pittsburg KS 66762

Morris Lang Evans Brock & Kenne
Old Town Square
300 N Mead Ste 200
Wichita KS 67202

Owen Griffin
Attorney at Law
105 E 5th St Ste 500
Kansas City MO 64106

Riling Burkhead & Nitcher Chtd
808 Massachusetts St
Osawatomie KS 66064

Murphy Tractor & Equipment Co
1621 NW Gage Blvd
Topeka KS 66618

Payne Oil
PO Box 780151
Wichita KS 67278

Roadsafe Traffic Systems
2504 Enterprise Ave
El Dorado KS 67042

Newell Oil Co Inc
200 Manchester Ave
Newton KS 67114

Peerless Tires
5000 Kingston St
Denver CO 80239

Robert P Burns
Attorney at Law
2400 N Woodlawn Blvd Ste 215
Wichita KS 67220

NKC Tire
Box 384
Gretna NE 68028

Perry Fulsom
768 Road 2
Cedar Vale KS 67024

Rueschoff Locksmith
3727 W 6th St
Lawrence KS 66049

NMC Health
PO Box 308
Newton KS 67114

Perry Fulsom Construction
980 Rd 5
Cedar Vale KS 67024

Rusty Leister
320 Simpson Road
Salina KS 67401

Salina Concrete Products Inc
1100 W Ash St
Salina KS 67401

Super 8 De Soto
34085 Commerce Dr
De Soto KS 66018

Vicky Wilson
102 Overhill Rd
Salina, KS 67401

Salina Steel Supply
PO Box 2897
Salina KS 67402-2897

Super 8 Manhattan
200 Tuttle Creek Blvd
Manhattan KS 66502

Vogts Crushing
709 N Main St
Newton KS 67114

Saline County Treasurer
300 W Ash St
Salina KS 67401

Synchrony Bank
Attn Bankruptcy Dept
PO Box 965061
Orlando FL 32896

Waters Hardware
PO Box 303
Junction City KS 66441-0303

Saline County Treasurer
PO Box 5040
Salina KS 67402-5040

The Dodge House
2408 W Wyatt Earp Blvd
Dodge City KS 67801

Watkins Calcara Chtd
1321 Main Ste 300
PO Box 11
Great Bend KS 67530

Salisbury Supply Co
8224 S Port Dr
Manhattan KS 66502

The Plains State Bank
1900 S Ohio
Salina KS 67401

Wells Fargo Financial Leasing
PO Box 105743
Atlanta GA 30348-5743

Sams Club
PO Box 530981
Atlanta GA 30353-0891

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

Wells Fargo Vendor Financial Se
co Corporation Service Company
2900 SW Wanamaker Drive Suite 2
Topeka KS 66614

Sears Mastercard
PO Box 6286
Sioux Falls SD 57117-6286

US Small Business Administratio
District Counsel
220 W Douglas Ave
Ste 450
Wichita KS 67202

West Bend Mutual Insurance Comp
co CT Corporation System
112 SW 7th Street Suite 3C
Topeka KS 66603

Shawnee Mission Tree Service In
dba Arbor Masters
8250 Cole Pkwy
Lenexa KS 66227

US Small Business Administratio
10737 Gateway West Ste 300
El Paso TX 79935

Westfield Insurance Company
1 Park Circle
Westfield Center OH 44251

Shuttleworth Law Firm
6750 W 93rd St Ste 110
Overland Park KS 66212

Verizon
PO Box 16810
Newark NJ 07101-6810

Skillet & Sons Inc
2309 US 183 Hwy
La Crosse KS 67548

Verizon Wireless
500 Technology Dr #550
Saint Charles MO 63304-2225

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### TOPEKA DIVISION

IN RE:                                                    CHAPTER    **11**

**Pavers, Inc.**


DEBTOR(S)                                                 CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jeffrey B Wilson<br>102 Overhill Road<br>Salina KS 67401 | N/A | 13700 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**8/8/2022**_____          Signature:__**/s/ Jeffrey B. Wilson**_____

                                                          *Jeffrey B. Wilson*
                                                          **President**