Form odefo (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 22–40463　　　　　　　　　　Chapter: 11

In re:

Pavers, Inc.

PO Box 1967
Salina, KS 67402

EIN: 48–1140417

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

| **Filed and Entered By The Court** |
| --- |
| **8/9/22** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The following document was filed in this matter and is defective for the following reason(s):

*1* – Chapter 11 Small Business, SubChapter V Voluntary Petition Non–Individual. Fee Amount $1738 Filed by Pavers, Inc. Chapter 11 Plan due by 11/7/2022. Debtor Declaration Re: Electronic Filing due by 08/15/2022. (Prelle Eron, David)

**MISSING DOCUMENTS: The most recent balance sheet, statement of operations, cashflow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 23 – 1　　　　　　　　　　　　　　s/　Dale L. Somers
　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court